United States District Court
Southern District of Texas
**ENTERED**
June 02, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STANDIFER W. CRAWFORD, <br> DONALD B. WILLIAMS, and <br> ROXANNE MELENDEZ, on behalf of <br> themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-3665 |
| SAKS & COMPANY, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

SIGNED on June 2, 2016, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge

1